AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

David Patchak

V.

Dirk Kempthorne, in his official capacity as Secretary of the United States Department of the Interior, and Carl J. Artman, in his official capacity as Asst Secretary of the United States Department of the Interior, Bureau of Indian Affairs

SUMMONS IN A CIVIL CASE

Case: 1:08-cv-01331
Assigned To : Leon, Richard J.
Assign. Date : 8/1/2008
Description: Admn. Agency Review

CASE NUMBER

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tobey B. Marzouk
Marzouk & Parry
1120 Nineteenth Street, N.W.
Suite 750
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG - 1 2008

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  8/6/08 |
| NAME OF SERVER *(PRINT)*  Sharon S. Carlos | TITLE  Administrative Assistant |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

X G  Other (specify): Certified Mail, Return Receipt Requested pursuant to Fed. R. Civ. P. 4(i)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/6/08       */s/ Sharon S. Carlos*
            Date                                     Signature of Server

1120 Nineteenth Street, N.W.
Suite 750
Washington, DC  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.