AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID PATCHAK
2721 6th Street
Shelbyville, Michigan 49344

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR

AND

CARL J. ARTMAN, in his official capacity as ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS

CASI

Case: 1:08-cv-01331
Assigned To : Leon, Richard J.
Assign. Date : 8/1/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CARL J. ARTMAN, in his official capacity as ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tobey B. Marzouk (D.C. Bar No. 941476)
Marzouk & Parry
1120 Nineteenth Street, N.W.
Suite 750
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG - 1 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/6/08 |
| NAME OF SERVER (PRINT) Sharon S. Carlos | TITLE Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested pursuant to Fed. R. Civ. P. 4(i)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/6/08
             Date

*Signature of Server*

1120 Nineteenth Street, N.W.
Suite 750
Washington, DC  20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.