UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID PATCHAK** )<br>2721 6th Street )<br>Shelbyville, MI 49344 )<br> )<br>      **Plaintiff,** )<br> )<br>v. )<br> )<br>**DIRK KEMPTHORNE**, in his official capacity )<br>as Secretary of the U.S. Department of the )<br>Interior, **CARL J. ARTMAN**, in his official )<br>capacity as Assistant Secretary of the United )<br>States Department of the Interior, Bureau of )<br>Indian Affairs )<br>      **Defendants.** ) | Case No. 1:08-cv-1331-RJL<br>Judge Richard J. Leon |

**NOTICE OF APPEARANCE**

    Pursuant to Local Rules 83.6 and 83.2(e) of United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Federal Defendants:

    Gina L. Allery                                       [Regular mail]
    U.S. Department of Justice
    Environment & Natural Resources Div.
    Indian Resources Section
    P.O. Box 44378
    Washington, D.C. 20026-4378
    (202) 305-0261 (telephone)
    (202) 305-0271 (fax)


    Indian Resources Section                       [Overnight Mail]
    601 D Street, N.W., Room 3507
    Washington, D.C. 20004

                                              Respectfully submitted,
                                                        /s/
                                                  GINA L. ALLERY
                                                  DC Bar #485903

Dated: August 18, 2008

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID PATCHAK** )<br>2721 6th Street )<br>Shelbyville, MI 49344 )<br>                                      )<br>           **Plaintiff,** )<br>                                      )<br>v.                                   )<br>                                      )<br>**DIRK KEMPTHORNE, in his official capacity** )<br>**as Secretary of the U.S. Department of the** )<br>**Interior, CARL J. ARTMAN, in his official** )<br>**capacity as Assistant Secretary of the United** )<br>**States Department of the Interior, Bureau of** )<br>**Indian Affairs** )<br>           **Defendants.** ) | Case No. 1:08-cv-1331-RJL<br>Judge Richard J. Leon |

**Certificate of Service**

    I hereby certify that on August 18, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the District Court using its CM/ECF system. I further certify that on August 18, 2008, I served a copy of the attached **Notice of Appearance** by mail, to the following:

Tobey B. Marzouk
MARZOUK & PARRY
1120 Nineteenth Street, N.W.
Suite 750
Washington, D.C. 20036
Phone:  (202) 463-7293
Fax:  (202) 955-9371
Email:   tmarzouk@mptechlaw.com

Bruce A. Courtade
Gregory G. Timmer
RHOADES McKEE
161 Ottawa Ave. NW, Suite 600
Grand Rapids, Michigan 49503
Phone:  (616) 235-3500
Fax:  (616) 459-5102
Email: bacourta@rhoadesmckee.com

1

/s/
Gina L. Allery
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261
Gina.Allery@usdoj.gov