AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID PATCHAK
2721 6th Street
Shelbyville, Michigan  49344

SUMMONS IN A CIVIL CASE

V.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR

AND

CARL J. ARTMAN, in his official capacity as ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS

CA

Case: 1:08-cv-01331
Assigned To : Leon, Richard J.
Assign. Date : 8/1/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

DIRK KEMPTHORNE, in his official capacity as SECRETARY
OF THE UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington, D.C.  20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tobey B. Marzouk (D.C. Bar No. 941476)
Marzouk & Parry
1120 Nineteenth Street, N.W.
Suite 750
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    AUG - 1 2008

CLERK                                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/12/08 |
| NAME OF SERVER *(PRINT)* Sharon S. Carlos | TITLE Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested pursuant to Fed.R.Civ.P. 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/20/08
              *Date*

*Signature of Server*

1120 Nineteenth Street, N.W.
Suite 750
Washington, DC  20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER:<br>▪ Complete items 1 and/or 2 for additional services.<br>▪ Complete items 3, 4a, and 4b.<br>▪ Print your name and address on the reverse of this form so that we can return this card to you.<br>▪ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>▪ Write *Return Receipt Requested* on the mailpiece below the article number.<br>▪ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
|---|---|
| 3. Article Addressed to:<br><br>Dirk Kempthorne<br>Sec. of the U.S. Dept of Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 4a. Article Number<br>P 263 392 662<br>4b. Service Type<br>☐ Registered       ☒ Certified<br>☐ Express Mail     ☐ Insured<br>☐ Return Receipt for Merchandise ☐ COD<br>7. Date of Delivery |
| 5. Received By: (Print Name)<br>Martisa Evans  8/12/08<br>6. Signature: (Addressee or Agent)<br>X Martisa Evans | 8. Addressee's Address (Only if requested and fee is paid) |

PS Form **3811**, December 1994                    Domestic Return Receipt