AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Patchak

V.

Dirk Kempthorne, in his official
capacity as Secretary of the
United States Department of the Interior,
and
Carl J. Artman, in his official
capacity as Asst Secretary of the United
States Department of the Interior,
Bureau of Indian Affairs

SUMMONS IN A CIVIL CASE

Case: 1:08-cv-01331
Assigned To : Leon, Richard J.
Assign. Date : 8/1/2008
Description: Admn. Agency Review

CASE NUMBER

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tobey B. Marzouk
Marzouk & Parry
1120 Nineteenth Street, N.W.
Suite 750
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG - 1 2008
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8/18/08 |
| NAME OF SERVER *(PRINT)*  Sharon S. Carlos | TITLE  Administrative Assistant |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

x G  Other (specify):  Certified Mail, Return Receipt Requested pursuant to Fed. R. Civ. P. 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/20/08          *Sharon S. Carlos*
              Date                 Signature of Server

                               1120 Nineteenth Street, N.W.
                               Suite 750
                               Washington, DC  20036
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: <br>■ Complete items 1 and/or 2 for additional services. <br>■ Complete items 3, 4a, and 4b. <br>■ Print your name and address on the reverse of this form so that we can return this card to you. <br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit. <br>■ Write *Return Receipt Requested* on the mailpiece below the article number. <br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee): <br>1. ☐ Addressee's Address <br>2. ☐ Restricted Delivery <br>Consult postmaster for fee. |
|---|---|
| 3. Article Addressed to: <br>U.S. Attorney General <br>Dept. of Justice <br>950 Pennsylvania Ave NW <br>Washington, DC 20530 | 4a. Article Number <br>P 263 392 606 <br>4b. Service Type <br>☐ Registered  ☑ Certified <br>☐ Express Mail  ☐ Insured <br>☑ Return Receipt for Merchandise  ☐ COD <br>7. Date of Delivery |
| 5. Received By: (Print Name) <br>AUG 1 8 2008 <br>6. Signature: (Addressee or Agent) <br>X | 8. Addressee's Address (Only if requested and fee is paid) |

PS Form **3811**, December 1994                                    Domestic Return Receipt