

**CONLY J. SCHULTE**
1900 Plaza Drive
Louisville, CO  80027
Telephone:  (303) 673-9600
Fax:  (303) 673-9839
E-Mail: cschulte@ndnlaw.com
www.ndnlaw.com

December 12, 2011

Hon. Richard J. Leon
United States District Court Judge
United States District Court for the
District of Columbia
2834 U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

    Re:    David Patchak v. Dirk Kempthorne, et al.; Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians Intervenor; United States District Court for the District of Columbia; Case No. 1:08-cv-01331-RJL

Dear Judge Leon:

    Please be advised that the United States Supreme Court granted the Petitions for Writ of Certiorari filed by Match-E-Be-Nash-She-Wish Band of Indians and Secretary of Interior Salazar in the above-captioned matter.  The questions presented for review in the consolidated matter before the Supreme Court are as follows:

    I. Whether the Quiet Title Act and its reservation of the United States' sovereign immunity in suits involving "trust or restricted Indian lands" apply to all suits concerning land in which the United States "claims an interest," 28 U.S.C. § 2409a(a), as the Seventh, Ninth, Tenth, and Eleventh Circuits have held, or whether they apply only when the plaintiff claims title to the land, as the D.C. Circuit held.

    II. Whether prudential standing to sue under federal law can be based on either (i) the plaintiff's ability to "police" an agency's compliance with the law, as held by the D.C. Circuit but rejected by the Fifth, Sixth, Seventh, and Eighth Circuits, or (ii) interests protected by a different federal statute than the one on which suit is based, as held by the D.C. Circuit but rejected by the Federal Circuit.

Hon. Richard J. Leon
December 12, 2011
Page 2

                                                Sincerely,

                                                s/Conly J. Schulte

                                                Conly J. Schulte

CJS/hp
cc:    all counsel of record via electronic filing